1 | J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
2 | Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
3 | J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
4 | Glendale, California 91206
Telephone:   (818) 500-3200
5 | Facsimile:   (818) 500-3201

6 | Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

7 |

8 | Samuel Sollars, an individual and d/b/a
as Amazon.com Seller So Tall Sales
302 West Royle Street
9 | Richmond, Missouri  64085
Telephone:  (660) 232-4415

10 |

11 | Defendant, *in pro se*

JS-6

NOTE: CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV12-6523 RSWL (CWx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | |
| Samuel Sollars, an individual and d/b/a as Amazon.com Seller So Tall Sales, and Does 1-10, inclusive, | |
| Defendants | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Samuel Sollars, an individual and d/b/a as Amazon.com Seller So Tall Sales ("Defendant"), in this action, and good cause appearing therefore, hereby:

///

///

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

   a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.  This action shall be closed.

7)   Plaintiff shall serve a copy of this Order upon Defendant and file a proof of service.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:     12-20-12

RONALD S.W. LEW
_____
Hon. Ronald S. W. Lew
United States District Judge

# EXHIBIT A

# COPYRIGHT REGISTRATIONS

| Registration Nos. | Description | Copyright Claimant |
| --- | --- | --- |
| PA 393-670 | Arsenic and Old Lace | Turner Entertainment Co. |
| PA 1-271-539 | Batman Begins | Patalex III Productions, Ltd. |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | Warner Bros. Entertainment Inc. |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | Warner Bros. Entertainment Inc. |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | Warner Bros. Entertainment Inc. |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | Warner Bros. Entertainment Inc. |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | Warner Bros. Entertainment Inc. |
|  | THE WIRE: Season One |  |
| PA 1-085-787 | THE WIRE: The Target | Home Box Office, Inc. |
| PA 1-085-788 | THE WIRE: The Detail | Home Box Office, Inc. |
| PA 1-085-789 | THE WIRE: The Buys | Home Box Office, Inc. |
| PA 1-085-790 | THE WIRE: Old Cases | Home Box Office, Inc. |
| PA 1-091-735 | THE WIRE: The Pager | Home Box Office, Inc. |
| PA 1-091-734 | THE WIRE: The Wire | Home Box Office, Inc. |
| PA 1-085-791 | THE WIRE: One Arrest | Home Box Office, Inc. |
| PA 1-112-366 | THE WIRE: Lessons | Home Box Office, Inc. |
| PA 1-112-367 | THE WIRE: Game Day | Home Box Office, Inc. |
| PA 1-085-792 | THE WIRE: The Cost | Home Box Office, Inc. |
| PA 1-085-793 | THE WIRE: The Hunt | Home Box Office, Inc. |
| PA 1-112-891 | THE WIRE: Cleaning Up | Home Box Office, Inc. |
| PA 1-097-171 | THE WIRE: Sentencing | Home Box Office, Inc. |

| | | |
|---|---|---|
| | THE WIRE: Season Two | Home Box Office, Inc. |
| PA 1-136-490 | THE WIRE: Ebb Tide | Home Box Office, Inc. |
| PA 1-148-802 | THE WIRE: Collateral Damage | Home Box Office, Inc. |
| PA 1-194-679 | THE WIRE: Hot Shots | Home Box Office, Inc. |
| PAu2-811-064 | THE WIRE: Hard Cases | Home Box Office, Inc. |
| PAu2-803-274 | THE WIRE: Undertow | Home Box Office, Inc. |
| PA 1-148-601 | THE WIRE: All Prologue | Home Box Office, Inc. |
| PA 1-188-186 | THE WIRE: Backwash | Home Box Office, Inc. |
| PAu2-787-345 | THE WIRE: Duck And Cover | Home Box Office, Inc. |
| PA 1-190-936 | THE WIRE: Stray Sounds | Home Box Office, Inc. |
| PA 1-194-673 | THE WIRE: Storm Warnings | Home Box Office, Inc. |
| PA 1-201-679 | THE WIRE: Bad Dreams | Home Box Office, Inc. |
| PA 1-201-678 | THE WIRE: Port In A Storm | Home Box Office, Inc. |
| | THE WIRE: Season Three | |
| PA 1-246-492 | THE WIRE: Time After Time | Home Box Office, Inc. |
| PA 1-246-487 | THE WIRE: All Due Respect | Home Box Office, Inc. |
| PA 1-249-546 | THE WIRE: Dead Soldiers | Home Box Office, Inc. |
| PA 1-249-545 | THE WIRE: Amsterdam | Home Box Office, Inc. |
| PA 1-249-550 | THE WIRE: Straight And True | Home Box Office, Inc. |
| PA 1-249-549 | THE WIRE: Homecoming | Home Box Office, Inc. |
| PA 1-263-206 | THE WIRE: Back Burners | Home Box Office, Inc. |
| PA 1-263-204 | THE WIRE: Moral Midgetry | Home Box Office, Inc. |
| PA 1-263-205 | THE WIRE: Slapstick | Home Box Office, Inc. |
| PA 1-263-201 | THE WIRE: Reformation | Home Box Office, Inc. |
| PA 1-265-461 | THE WIRE: Middle Ground | Home Box Office, Inc. |
| PA 1-265-512 | THE WIRE: Mission Accomplished | Home Box Office, Inc. |
| | THE WIRE: Season Four | |
| PA 1-325-037 | THE WIRE: Boys Of Summer | Home Box Office, Inc. |
| PA 1-325-038 | THE WIRE: Soft Eyes | Home Box Office, Inc. |
| PA 1-325-039 | THE WIRE: Home Rooms | Home Box Office, Inc. |
| PA 1-261-149 | THE WIRE: Refugees | Home Box Office, Inc. |
| PA 1-261-150 | THE WIRE: Alliances | Home Box Office, Inc. |
| PA 1-261-132 | THE WIRE: Margin Of Error | Home Box Office, Inc. |
| PA 1-261-151 | THE WIRE: Unto Others | Home Box Office, Inc. |
| PA 1-261-345 | THE WIRE: Corner Boys | Home Box Office, Inc. |
| PA 1-261-344 | THE WIRE: Know Your Place | Home Box Office, Inc. |

| PA 1-353-972 | THE WIRE: Misgivings | Home Box Office, Inc. |
|---|---|---|
| PA 1-353-973 | THE WIRE: A New Day | Home Box Office, Inc. |
| PA 1-353-974 | THE WIRE: That's Got His Own | Home Box Office, Inc. |
| PA 1-261-346 | THE WIRE: Final Grades | Home Box Office, Inc. |
|  | THE WIRE: Season Five |  |
| PA 1-611-976 | THE WIRE: More With Less | Home Box Office, Inc. |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | Home Box Office, Inc. |
| APPLICATION PENDING | THE WIRE: Not For Attribution | Home Box Office, Inc. |
| PA 1-663-138 | THE WIRE: Transitions | Home Box Office, Inc. |
| PA 1-617-062 | THE WIRE: React Quotes | Home Box Office, Inc. |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | Home Box Office, Inc. |
| PA 1-622-694 | THE WIRE: Took | Home Box Office, Inc. |
| PA 1-622-990 | THE WIRE: Clarifications | Home Box Office, Inc. |
| PA 1-622-995 | THE WIRE: Late Editions | Home Box Office, Inc. |
| PA 1-622-993 | THE WIRE: -30- | Home Box Office, Inc. |
|  | Game Of Thrones: Season One |  |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | Home Box Office, Inc. |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | Home Box Office, Inc. |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | Home Box Office, Inc. |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | Home Box Office, Inc. |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | Home Box Office, Inc. |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | Home Box Office, Inc. |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | Home Box Office, Inc. |
| PA 1-739-318 | GAME OF THRONES: Baelor | Home Box Office, Inc. |
| PA 1-740-116 | GAME OF THRONES: Fire And | Home Box Office, Inc. |

| | | |
|---|---|---|
| | Blood | |
| | BOARDWALK EMPIRE: Season One | |
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | Home Box Office, Inc. |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | Home Box Office, Inc. |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | Home Box Office, Inc. |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | Home Box Office, Inc. |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | Home Box Office, Inc. |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | Home Box Office, Inc. |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | Home Box Office, Inc. |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | Home Box Office, Inc. |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | Home Box Office, Inc. |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | Home Box Office, Inc. |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | Home Box Office, Inc. |
| | FRIENDS: Season One | |
| PA 741-695 | FRIENDS: The One Where Monica Gets a Roommate | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-697 | FRIENDS: The One with the Sonogram at the End | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| PA 741-696 | FRIENDS: The One with the Thumb | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 741-699 | FRIENDS: The One with George Stephanopoulos | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-698 | FRIENDS: The One with the East German Laundry Detergent | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-700 | FRIENDS: The One with the Butt | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-701 | FRIENDS: The One with the Blackout | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-702 | FRIENDS: The One Where Nana Dies Twice | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-704 | FRIENDS: The One Where Underdog Gets Away | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-706 | FRIENDS: The One with the Monkey | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, |

| | | a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 741-705 | FRIENDS: The One with Mrs. Bing | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-703 | FRIENDS: The One with the Dozen Lasagnas | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-709 | FRIENDS: The One with the Boobies | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-712 | FRIENDS: The One with the Candy Hearts | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-708 | FRIENDS: The One with the Stoned Guy | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-710 | FRIENDS: The One with Two Parts: Part 1 | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-711 | FRIENDS: The One with Two Parts: Part 2 | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| PA 741-707 | FRIENDS: The One with all the Poker | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 741-713 | FRIENDS: The One Where the Monkey Gets Away | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 741-714 | FRIENDS: The One with the Evil Orthodontist | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 750-485 | FRIENDS: The One with the Fake Monica | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 750-486 | FRIENDS: The One with the Ick Factor | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 750-484 | FRIENDS: The One with the Birth | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 750-483 | FRIENDS: The One where Rachel Finds Out | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| | FRIENDS: Season Two | |
| PA 789-111 | FRIENDS: The One with Ross's New Girlfriend | Warner Bros. Entertainment Inc., successor-in-interest to |

| | | Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 775-415 | FRIENDS: The One with the Breast Milk | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-416 | FRIENDS: The One Where Heckles Dies | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-418 | FRIENDS: The One with Phoebe's Husband | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-417 | FRIENDS: The One with Five Steaks and an Eggplant | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-419 | FRIENDS: The One with the Baby on the Bus | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-420 | FRIENDS: The One Where Ross Finds Out | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-421 | FRIENDS: The One with the List | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| PA 775-422 | FRIENDS: The One with Phoebe's Dad | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 775-424 | FRIENDS: The One with Russ | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-425 | FRIENDS: The One with the Lesbian Wedding | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-432 | FRIENDS: The One After the Superbowl: Part 1 and 2 | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-423 | FRIENDS: The One with the Prom Video | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-426 | FRIENDS: The One Where Ross and Rachel... You Know | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-427 | FRIENDS: The One Where Joey Moves Out | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-428 | FRIENDS: The One Where Eddie Moves In | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, |

| | | a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 775-429 | FRIENDS: The One Where Dr. Ramoray Dies | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-430 | FRIENDS: The One Where Eddie Won't Go | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-431 | FRIENDS: The One Where Old Yeller Dies | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-836 | FRIENDS: The One with the Bullies | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-837 | FRIENDS: The One with the Two Parties | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-839 | FRIENDS: The One with the Chicken Pox | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 775-838 | FRIENDS: The One with Barry and Mindy's Wedding | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| | FRIENDS: SEASON THREE | |

| PA 805-681 | FRIENDS: The One with the Princess Leia Fantasy | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 805-680 | FRIENDS: The One Where No One's Ready | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 805-679 | FRIENDS: The One with the Jam | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 805-678 | FRIENDS: The One with the Metaphorical Tunnel | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 806-033 | FRIENDS: The One with Frank Jr. | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 806-034 | FRIENDS: The One with the Flashback | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 806-035 | FRIENDS: The One with the Race Car Bed | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 806-036 | FRIENDS: The One with the Poking Device | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, |

| | | a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 806-037 | FRIENDS: The One with the Football | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 823-904 | FRIENDS: The One Where Rachel Quits | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 824-339 | FRIENDS: The One Where Chandler Can't Remember Which Sister | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 824-338 | FRIENDS: The One with All the Jealousy | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 824-340 | FRIENDS: The One where Monica and Richard Are Just Friends | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 824-354 | FRIENDS: The One with Phoebe's Ex-Partner | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 824-353 | FRIENDS: The One Where Ross and Rachel Take a Break | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| PA 824-355 | FRIENDS: The One the Morning After | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 824-357 | FRIENDS: The One With the Ski Trip | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 824-356 | FRIENDS: The One with the Hypnosis Tape | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 824-621 | FRIENDS: The One with the Tiny T-Shirt | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 824-622 | FRIENDS: The One with the Dollhouse | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 824-623 | FRIENDS: The One with the Chick and the Duck | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 838-151 | FRIENDS: The One with the Screamer | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 838-153 | FRIENDS: The One with Ross's Thing | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, |

| | | a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 838-152 | FRIENDS: The One with the Ultimate Fighting Champion | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 838-154 | FRIENDS: The One at the Beach | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| FRIENDS: SEASON FOUR | | |
| PA 853-984 | FRIENDS: The One with the Jellyfish | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 853-985 | FRIENDS: The One with the Cat | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 853-986 | FRIENDS: The One with the 'Cuffs | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 853-987 | FRIENDS: The One with the Ballroom Dancing | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 854-172 | FRIENDS: The One with Joey's New Girlfriend | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| | | |
|---|---|---|
| PA 854-173 | FRIENDS: The One with the Dirty Girl | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 854-174 | FRIENDS: The One Where Chandler Crosses the Line | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 854-175 | FRIENDS: The One with Chandler in a Box | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 854-250 | FRIENDS: The One Where They're Going to a Party! | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 854-249 | FRIENDS: The One with the Girl from Poughkeepsie | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 872-595 | FRIENDS: The One with Phoebe's Uterus | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 872-596 | FRIENDS: The One with the Embryos | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 872-597 | FRIENDS: The One with Rachel's Crush | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, |

| | | a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 872-647 | FRIENDS: The One with Joey's Dirty Day | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 872-648 | FRIENDS: The One with All the Rugby | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 873-051 | FRIENDS: The One with the Fake Party | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 873-052 | FRIENDS: The One with the Free Porn | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 873-119 | FRIENDS: The One with Rachel's New Dress | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 873-118 | FRIENDS: The One with All the Haste | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 873-120 | FRIENDS: The One with All the Wedding Dresses | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| PA 886-940 | FRIENDS: The One with the Invitation | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 886-941 | FRIENDS: The One with the Worst Best Man Ever | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 886-942 | FRIENDS: The One with Ross's Wedding: Part 1-2 | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| | FRIENDS: SEASON FIVE | |
| PA 903-501 | FRIENDS: The One After Ross Says Rachel | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 903-502 | FRIENDS: The One with All the Kissing | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 903-503 | FRIENDS: The One Hundredth | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 903-504 | FRIENDS: The One Where Phoebe Hates PBS | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 903-929 | FRIENDS: The One with the Kips | Warner Bros. Entertainment Inc., successor-in-interest to |

| | | Warner Bros. Television,<br>a division of Time Warner<br>Entertainment Company, LP |
|---|---|---|
| PA 903-932 | FRIENDS: The One with the Yeti | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television,<br>a division of Time Warner Entertainment Company, LP |
| PA 903-931 | FRIENDS: The One Where Ross Moves In | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television,<br>a division of Time Warner Entertainment Company, LP |
| PA 903-930 | FRIENDS: The One with All the Thanksgivings | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television,<br>a division of Time Warner Entertainment Company, LP |
| PA 918-650 | FRIENDS: The One with Ross' Sandwich | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television,<br>a division of Time Warner Entertainment Company, LP |
| PA 918-651 | FRIENDS: The One with the Inappropriate Sister | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television,<br>a division of Time Warner Entertainment Company, LP |
| PA 918-340 | FRIENDS: The One with All the Resolutions | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television,<br>a division of Time Warner Entertainment Company, LP |
| PA 918-341 | FRIENDS: The One with Chandler's Work Laugh | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television,<br>a division of Time Warner Entertainment Company, LP |

| PA 918-547 | FRIENDS: The One with Joey's Bag | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 918-548 | FRIENDS: The One Where Everybody Finds Out | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 918-549 | FRIENDS: The One with the Girl Who Hits Joey | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 918-550 | FRIENDS: The One with the Cop | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 929-814 | FRIENDS: The One with Rachel's Inadvertent Kiss | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 929-884 | FRIENDS: The One Where Rachel Smokes | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 929-885 | FRIENDS: The One Where Ross Can't Flirt | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 929-886 | FRIENDS: The One with the Ride-Along | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, |

| | | a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 936-661 | FRIENDS: The One with the Ball | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 936-662 | FRIENDS: The One with Joey's Big Break | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 936-663 | FRIENDS: The One in Vegas: Part I & II | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| | FRIENDS: SEASON SIX | |
| PA 947-241 | FRIENDS: The One After Vegas | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 947-240 | FRIENDS: The One Where Ross Hugs Rachel | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 947-239 | FRIENDS: The One with Ross's Denial | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 958-084 | FRIENDS: The One Where Joey Loses His Insurance | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| | | |
|---|---|---|
| PA 977-638 | FRIENDS: The One with Joey's Porsche | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 958-087 | FRIENDS: The One on the Last Night | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 958-086 | FRIENDS: The One Where Phoebe Runs | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 958-085 | FRIENDS: The One with Ross' Teeth | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 971-093 | FRIENDS: The One Where Ross Got High | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 971-094 | FRIENDS: The One with the Routine | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 981-598 | FRIENDS: The One with the Apothecary Table | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 971-095 | FRIENDS: The One with the Joke | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, |

| | | a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 982-983 | FRIENDS: The One with Rachel's Sister | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 982-985 | FRIENDS: The One Where Chandler Can't Cry | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 982-984 | FRIENDS: The One that Could Have Been: Part 1-2 | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 971-096 | FRIENDS: The One with Unagi | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 971-097 | FRIENDS: The One Where Ross Dates a Student | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 971-427 | FRIENDS: The One with Joey's Fridge | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 982-601 | FRIENDS: The One with Mac and CHEESE | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| | | |
|---|---|---|
| PA 982-988 | FRIENDS: The One Where Ross Meets Elizabeth's Dad | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 982-987 | FRIENDS: The One Where Paul's the Man | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 982-986 | FRIENDS: The One with the Ring | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 983-070 | FRIENDS: The One with the Proposal: Part 1-2 | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| | FRIENDS: SEASON SEVEN | |
| PA 999-614 | FRIENDS: The One with Monica's Thunder | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 999-615 | FRIENDS: The One with Rachel's Book | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 999-617 | FRIENDS: The One with Phoebe's Cookies | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 999-616 | FRIENDS: The One with Rachel's Assistant | Warner Bros. Entertainment Inc., successor-in-interest to |

| | | |
|---|---|---|
| | | Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-033-420 | FRIENDS: The One with the Engagement Picture | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-033-419 | FRIENDS: The One with the Nap Partners | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-033-418 | FRIENDS: The One with Ross' Library Book | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-033-421 | FRIENDS: The One Where Chandler Doesn't Like Dogs | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-048-077 | FRIENDS: The One with All the Candy | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-048-078 | FRIENDS: The One with the Holiday Armadillo | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-021-721 | FRIENDS: The One with All the Cheesecakes | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| | | |
|---|---|---|
| PA 1-021-722 | FRIENDS: The One Where They're Up All Night | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-021-723 | FRIENDS: The One Where Rosita Dies | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-021-724 | FRIENDS: The One Where They All Turn Thirty | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-021-726 | FRIENDS: The One with Joey's New Brain | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-021-727 | FRIENDS: The One with the Truth About London | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-021-728 | FRIENDS: The One with the Cheap Wedding Dress | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-021-729 | FRIENDS: The One with Joey's Award | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-041-435 | FRIENDS: The One with Ross and Monica's Cousin | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, |

| | | |
|---|---|---|
| | | a division of Time Warner Entertainment Company, LP |
| PA 1-041-436 | FRIENDS: The One with Rachel's Big Kiss | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-036-645 | FRIENDS: The One with the Vows | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-036-646 | FRIENDS: The One with Chandler's Dad | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-041-437 | FRIENDS: The One with Monica and Chandler's Wedding: Part 1-2 | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| | FRIENDS: SEASON EIGHT | |
| PA 1-048-079 | FRIENDS: The One After I Do | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-048-195 | FRIENDS: The One with the Red Sweater | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-048-196 | FRIENDS: The One Where Rachel Tells... | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| | | |
|---|---|---|
| PA 1-048-198 | FRIENDS: The One with the Videotape | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-048-197 | FRIENDS: The One with Rachel's Date | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-064-551 | FRIENDS: The One with the Halloween Party | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-064-552 | FRIENDS: The One with the Stain | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-064-572 | FRIENDS: The One with the Stripper | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-064-573 | FRIENDS: The One with the Rumor | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-068-676 | FRIENDS: The One with Monica's Boots | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-068-677 | FRIENDS: The One with Ross's Step Forward | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, |

| | | a division of Time Warner Entertainment Company, LP |
|---|---|---|
| | FRIENDS: The One Where Joey Dates Rachel | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-068-613 | | |
| | FRIENDS: The One Where Chandler Takes a Bath | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-068-614 | | |
| | FRIENDS: The One with the Secret Closet | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-068-942 | | |
| | FRIENDS: The One with the Birthing Video | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-068-943 | | |
| | FRIENDS: The One Where Joey Tells Rachel | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-079-280 | | |
| | FRIENDS: The One with the Tea Leaves | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-079-423 | | |
| | FRIENDS: The One in Massapequa | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-078-820 | | |

| | | |
|---|---|---|
| PA 1-092-616 | FRIENDS: The One with Joey's Interview | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-078-890 | FRIENDS: The One with the Baby Shower | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-078-891 | FRIENDS: The One with the Cooking Class | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-078-889 | FRIENDS: The One Where Rachel is Late | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-096-096 | FRIENDS: The One Where Rachel Has a Baby: Part 1 | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-096-093 | FRIENDS: The One Where Rachel Has a Baby: Part 2 | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| | FRIENDS: SEASON NINE | |
| PA 1-097-335 | FRIENDS: The One Where No One Proposes | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-097-336 | FRIENDS: The One Where Emma Cries | Warner Bros. Entertainment Inc., successor-in-interest to |

| | | Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
|---|---|---|
| PA 1-097-338 | FRIENDS: The One with the Pediatrician | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-097-337 | FRIENDS: The One with the Sharks | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-097-339 | FRIENDS: The One with Phoebe's Birthday Dinner | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-097-340 | FRIENDS: The One with the Male Nanny | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-110-496 | FRIENDS: The One with Ross' Inappropriate Song | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-110-495 | FRIENDS: The One with Rachel's Other Sister | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-110-494 | FRIENDS: The One with Christmas in Tulsa | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |

| | | |
|---|---|---|
| PA 1-127-950 | FRIENDS: The One Where Rachel Goes Back to Work | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-127-949 | FRIENDS: The One with Phoebe's Rats | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-127-951 | FRIENDS: The One Where Monica Sings | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-127-954 | FRIENDS: The One with the Blind Date | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-127-953 | FRIENDS: The One with the Mugging | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-127-952 | FRIENDS: The One with the Boob Job | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP |
| PA 1-198-853 | FRIENDS: The One with the Memorial Service | Warner Bros. Entertainment Inc. |
| PA 1-198-849 | FRIENDS: The One with the Lottery | Warner Bros. Entertainment Inc. |
| PA 1-198-852 | FRIENDS: The One with Rachel's Dream | Warner Bros. Entertainment Inc. |
| PA 1-198-863 | FRIENDS: The One with the Soap Opera Party | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-198-862 | FRIENDS: The One with the Fertility Test | Warner Bros. Entertainment Inc. |
| PA 1-197-156 | FRIENDS: The One with the Donor | Warner Bros. Entertainment Inc. |
| PA 1-148-756 | FRIENDS: The One in Barbados: Part 1 and 2 | Warner Bros. Entertainment Inc. |
| | FRIENDS: Season 10 | |
| PA 1-193-101 | FRIENDS: The One After Joey and Rachel Kiss | Warner Bros. Entertainment Inc. |
| PA 1-193-099 | FRIENDS: The One Where Ross is Fine | Warner Bros. Entertainment Inc. |
| PA 1-193-100 | FRIENDS: The One with Ross's Tan | Warner Bros. Entertainment Inc. |
| PA 1-206-395 | FRIENDS: The One with the Cake | Warner Bros. Entertainment Inc. |
| PA 1-206-396 | FRIENDS: The One Where Rachel's Sister Babysits | Warner Bros. Entertainment Inc. |
| PA 1-206-397 | FRIENDS: The One with Ross' Grant | Warner Bros. Entertainment Inc. |
| PA 1-206-398 | FRIENDS: The One with the Home Study | Warner Bros. Entertainment Inc. |
| PA 1-206-399 | FRIENDS: The One with the Late Thanksgiving | Warner Bros. Entertainment Inc. |
| PA 1-206-440 | FRIENDS: The One with the Birth Mother | Warner Bros. Entertainment Inc. |
| PA 1-206-441 | FRIENDS: The One Where Chandler Gets Caught | Warner Bros. Entertainment Inc. |
| PA 1-214-056 | FRIENDS: The One Where the Stripper Cries | Warner Bros. Entertainment Inc. |
| PA 1-214-053 | FRIENDS: The One with Phoebe's Wedding | Warner Bros. Entertainment Inc. |
| PA 1-213-062 | FRIENDS: The One Where Joey Speaks French | Warner Bros. Entertainment Inc. |
| PA 1-213-061 | FRIENDS: The One with Princess Consuelo | Warner Bros. Entertainment Inc. |
| PA 1-210-936 | FRIENDS: The One Where Estelle Dies | Warner Bros. Entertainment Inc. |
| PA 1-210-937 | FRIENDS: The One with | Warner Bros. Entertainment |

| | Rachel's Going Away Party | Inc. |
|---|---|---|
| PA 1-221-640 | FRIENDS: The One Before the Last One: 10 Years of Friends | Warner Bros. Entertainment Inc. |
| PA 1-221-641 | FRIENDS: The Last One: Part 1-2 | Warner Bros. Entertainment Inc. |